IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 18-20648 |
| THE PAINT BOSS, INC. | ) | HON. JANET S. BAER |
| | ) | BANKRUPTCY JUDGE |

## NOTICE OF MOTION

TO:   Parties listed on the attached Service List

PLEASE TAKE NOTICE that on the 28th day of September, 2018, at 11:00 a.m., the undersigned will appear before the Honorable Janet S. Baer, United States Bankruptcy Judge, or any other Judge sitting in her place and stead at the Kane County Court House, 100 S. Third Street, Room 240, Geneva, Illinois and then and there present the attached Motion, a copy of which is attached hereto and hereby served upon you.

/s/ Brenda Porter Helms

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the above Notice, together with the documents attached thereto, to be served upon the parties listed on the attached Service List, at their respective addresses, in the manner set forth on said Service List, at 3400 W. Lawrence Avenue, Chicago, Illinois this 10th day of September, 2018..

/s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
The Helms Law Firm P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

SERVICE LIST

Via Court's electronic notification system

Office of U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Deanna Aguinaga Walker

Via first class mail, postage prepaid

The Paint Boss, Inc.
1680 Quincy Ave.
Naperville IL 60540

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 18-20648 |
| THE PAINT BOSS, INC. | ) | HON. JANET S. BAER |
| | ) | BANKRUPTCY JUDGE |

**MOTION FOR AUTHORITY TO SELL INVENTORY
FREE AND CLEAR OF LIENS, CLAIMS OR ENCUMBRANCES**

NOW COMES the Trustee herein, Brenda Porter Helms, pursuant to 11 U.S.C. sections 363(b), (f) and (m) and states the following in support of her Motion for Authority to Sell Inventory Free and Clear of Liens, Claims and Encumbrances:

1. The debtor filed a voluntary petition for relief under chapter 7, Title 11, United States Code on or about July 24, 2018. Brenda Porter Helms was appointed Trustee and is duly acting as said Trustee.

2. The debtor was in the business of operating a car body shop which fixed and repaired damaged cars.

3. The Trustee visited the debtor's place of business on August 27, 2018 in an effort to discover any assets.

4. The Trustee found a compressor, two ventilators, a parts washer, refrigerator, miscellaneous office furniture, lockout kit (missing parts), and miscellaneous bumpers (unknown Lexus cars).

5. The Trustee has received an offer in the amount of $3,500 from Nicholas Welsand, President of PMA Refinishing which runs an auto repair business next to the debtor.

6. Mr. Welsand has offered to pay the sum of $3,500 for the two ventilators and the compressor (hereinafter referred to as "Property").

7. The Trustee previously contacted an auctioneer to sell some of the items, but the auctioneer declined.

8. Mr. Welsand's offer is of $3,500 is payable over four months period from the date of this Court's approval.

9. Notice of the proposed sale has been sent to all creditors of the debtor, as evidenced by the Certificate of Service filed contemporaneously herewith.

10. Sale of the Property would be to the benefit of all creditors of the estate and will result in funds being distributed to creditors and the Trustee respectfully submits that the proposed Sale is a sound exercise of her business judgment and is in the best interests of the chapter 7 estate and its creditors and should be approved.

11. The Trustee submits that Nicholas Welsand and PMA Refinishing Inc. are "good faith purchasers" within the meaning of section 363(m) of the Bankruptcy Code, and the sale will be on an arm's length, good faith basis.

12. Section 363(f) of the Bankruptcy Code permits the Trustee to sell property free and clear of another party's interest in the property if:  a)  applicable nonbankruptcy law permits such a free and clear sale;   b)  the holder of the interest consents;  c)  the interest is a lien and the sale price of the property exceeds the value of all liens on the property;  d)  the interest is the subject of a bona fide dispute; or  e)  the holder of the interest could be compelled in a

legal or equitable proceeding to accept a monetary satisfaction of its interest. See 11 U.S.C. section 363(f).

13. The Trustee does not believe the Property is encumbered by any liens, but submits that any interest satisfies or will satisfy at least one of the five conditions of section 363(f) of the Bankruptcy Code, and that any such interest will be adequately protected by either being paid in full at the time of closing, by having it attach to the net proceeds of the Sale, subject to any claims and defenses the Trustee may possess with respect thereto, or be consenting to the Sale.

14. The Trustee accordingly requests authority to convey said Property as set forth above, upon Trustee's receipt of the purchase prices free and clear of all liens, claims, rights, charges and encumbrances, with any such liens, claims, rights, interests, charges and encumbrances to attach to the proceeds of the sale

WHEREFORE, for the reasons set forth herein, the Trustee, Brenda Porter Helms, respectfully requests that this Court authorize her to sell the compressor and ventilators to PMA Refinishing, Inc. free and clear of all claims, liens, encumbrances and other interests pursuant to the terms set forth above, authorizing the Trustee to take all actions necessary to consummate the sale and for such further relief as this Court deems appropriate.

/s/ Brenda Porter Helms

Trustee

Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427